THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLOPLAST A/S,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>GENERIC MEDICAL DEVICES, INC.,<br><br>    Defendant/Counterclaimant. | No. CV 10-227 BHS<br><br>**[PROPOSED] ORDER GRANTING GENERIC MEDICAL DEVICES, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 4, 2011** |

This matter came before the Court on Defendant Generic Medical Devices, Inc.'s ("GMD") motion to compel production of documents and deposition from Coloplast A/S ("Coloplast"). Having considered GMD's motion and all papers filed in support of and in opposition to the motion, and being fully advised on the premises, now, therefore, it is:

ORDERED that within 20 days of this order, (1) Coloplast must produce all documents responsive to GMD's Requests for Production that are held by any French subsidiary, including documents of any employees, former employees, officers, directors or any other persons who is or was in management of Coloplast's French subsidiaries; and

[PROPOSED] ORDER GRANTING
GMD'S MOT TO COMPEL - 1
No. CV 10-227 BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800

1       (2) Coloplast must produce Vincent Monsaingeon for deposition in East Palo Alto, California.

Dated this ___ day of _____, 2011      _____
                                                                              The Honorable Benjamin H. Settle

WEST\225303340.1

[PROPOSED] ORDER GRANTING
GMD'S MOT TO COMPEL - 2
No. CV 10-227 BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 • Tel: 206.839.4800