THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLOPLAST A/S., <br><br> Plaintiff, <br><br> v. <br><br> GENERIC MEDICAL DEVICES, INC., <br><br> Defendant. | No. CV 10-227 BHS <br><br><br> ORDER GRANTING COLOPLAST'S MOTION TO COMPEL [PROPOSED] |

This matter came before the Court on Plaintiff Coloplast A/S's ("Coloplast") motion to compel Defendant Generic Medical Devices ("GMD") to produce all opinions of counsel and related documents. Having considered Coloplast's motion and all papers filed in support of and in opposition to the motion, and being fully advised on the premises, now, therefore, it is:

ORDERED that GMD IMMEDIATELY PRODUCE all opinions of counsel relating to the '211 and/or '864 patent and all documents and communications relating to those opinions.

DATED this _____ day of _____, 20__.

ORDER ON COLOPLAST'S MOTION
TO COMPEL (2:10-CV-227-BHS)

**Faegre & Benson LLP**
2200 Wells Fargo Center, 90 S.7th St.,
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

                                                                                                                        United States District Judge

Presented by:

By: s/ David J.F. Gross
By: s/ Theodore M. Budd
By: s/ Timothy E. Grimsrud
By: s/ Jeya Paul
By: s/ Ari B. Lukoff
David J.F. Gross, *pro hac vice*
    Email: DGross@faegre.com
Theodore M. Budd, *pro hac vice*
    Email: TBudd@faegre.com
Timothy E. Grimsrud, *pro hac vice*
    Email: TGrimsrud@faegre.com
Jeya Paul, *pro hac vice*
    Email: JPaul@faegre.com
Ari B. Lukoff, *pro hac vice*
    Email: ALukoff@faegre.com
**Faegre & Benson LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: 612.766.7000
Fax: 612.766.1600

By: s/ Jerry A. Riedinger
By: s/ Tyler C. Peterson
Jerry A. Riedinger #25828
    jriedinger@perkinscoie.com
Tyler C. Peterson, #39816
    tylerpeterson@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff Coloplast A/S*

ORDER ON COLOPLAST'S MOTION
TO COMPEL (2:10-CV-227-BHS)

**Faegre & Benson LLP**
2200 Wells Fargo Center, 90 S.7th St.,
Minneapolis, MN 55402-3901
Phone:  612-766-7000
Fax:  612-766-1600

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, the following counsel of record will be served pursuant to Local Rule CV-5(b) with a copy of PROPOSED ORDER ON PLAINTIFF COLOPLAST A/S'S MOTION TO COMPEL via the Court's CM/ECF system:

> Timothy Lohse
> Aaron Wainscoat
> Carrie Williamson
> **DLA PIPER LLP**
> 2000 University Ave
> East Palo Alto , CA 94303
> Telephone:  650-833-2000
>
> Stellman Keehnel
> Nicole M. Tadano
> **DLA PIPER LLP**
> 701 Fifth Avenue, Suite 7000
> Seattle, WA 98104-7044
> Telephone:  206-839-4800
>
> Alexandra McTague
> **DLA PIPER LLP**
> 1251 Avenue of the Americas
> New York, NY 10020
> 212-335-4794
>
> David Banie
> **BANIE & ISHIMOTO LLP**
> 1999 South Bascom Avenue, Suite 700
> Campbell, CA 95008

**I certify under penalty of perjury that the foregoing is true and correct.**

DATED this 17th day of October 2011:

   s/ *Tyler C. Peterson*
Tyler C. Peterson, WSBA No. 39816
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
abeane@perkinscoie.com

*Attorney for Plaintiff Coloplast A/S*

ORDER ON COLOPLAST'S MOTION
TO COMPEL (2:10-CV-227-BHS)

**Faegre & Benson LLP**
2200 Wells Fargo Center, 90 S.7th St.,
Minneapolis, MN 55402-3901
Phone:  612-766-7000
Fax:  612-766-1600