ORIGINAL

10-CV-00227-VRDCT

FILED_____ LODGED
_____ RECEIVED

APR 3 0 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLOPLAST A/S,

        Plaintiff

    v.

GENERIC MEDICAL DEVICES, INC.,

        Defendant

No.  CV 10-227 BHS

**VERDICT FORM**

      We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## I. INFRINGEMENT CLAIMS

    1.  Has Coloplast proven by a preponderance of the evidence that physicians have directly infringed claim 1 of the '211 patent? (A "YES" answer to this question is a finding for Coloplast.  A "NO" answer is a finding for GMD.)

        Yes _____           No _X_

*If you answered "Yes," please answer Question 2.  If you answered "No," please proceed to Question 3.*

2.    Has Coloplast proven by a preponderance of the evidence that GMD indirectly infringed claim 1 of the '211 patent?  (A "YES" answer to this question is a finding for Coloplast.  A "NO" answer is a finding for GMD.)

Yes _____          No _____

*Answer Question 3 regardless of your answers to Questions 1 and 2.*

3.    Has Coloplast proven by a preponderance of the evidence that physicians have directly infringed any of the following claims of the '864 patent?  (A "YES" answer to this question is a finding for Coloplast.  A "NO" answer is a finding for GMD.)

Claim 1:    Yes __X__          No _____

Claim 2:    Yes __X__          No _____

Claim 3:    Yes __X__          No _____

Claim 7:    Yes __X__          No _____

Claim 8:    Yes __X__          No _____

Claim 11:   Yes __X__          No _____

*If you answered "Yes" to any portion of Question 3, please answer Question 4.   If you answered "No" to Question 3, please proceed to Section II.*

4.    Has Coloplast proven by a preponderance of the evidence that GMD indirectly infringed any of the following claims of the '864 patent?  (A "YES" answer to this question is a finding for Coloplast.  A "NO" answer is a finding for GMD.)

Claim 1:    Yes __X__          No _____

Claim 2:    Yes __X__          No _____

Claim 3:    Yes __X__          No _____

Claim 7:    Yes __X__          No _____

Claim 8:    Yes __X__          No _____

Claim 11:   Yes __X__          No _____

*Please proceed to Section II.*

## II.  INVALIDITY CLAIMS

5.      Has GMD proven by clear and convincing evidence that claim 1 of the '211 patent are invalid?  (A "YES" answer to this question is a finding for GMD.  A "NO" answer is a finding for Coloplast.)

Yes _____          No __X__

6.      Has GMD proven by clear and convincing evidence that any of the asserted claims of the '864 patent are invalid?  (A "YES" answer to this question is a finding for GMD. A "NO" answer is a finding for Coloplast.)

|              |              |              |
|--------------|--------------|--------------|
| Claim 1:     | Yes _____  | No __X__     |
| Claim 2:     | Yes _____  | No __X__     |
| Claim 3:     | Yes _____  | No __X__     |
| Claim 7:     | Yes _____  | No __X__     |
| Claim 8:     | Yes _____  | No __X__     |
| Claim 11:    | Yes _____  | No __X__     |

*If you have found that any claim is both infringed (by answering "Yes" to Questions 2 or 4) and the same claim is not invalid (by answering "No" to the questions relating to that same claim in Section II, then please complete Section III; otherwise, do not complete Section III.*

## III. DAMAGES

7.     If you have found that an Asserted Claim of an Asserted Patent is infringed and not invalid, what amount has Coloplast proved it is entitled to as a reasonable royalty?

Rate: $55

Total Damages: $159,775

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

DATED: April 30, 2012          By: _____
                                   Presiding Juror