THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLOPLAST A/S,<br><br>        Plaintiff,<br><br>  v.<br><br>GENERIC MEDICAL DEVICES, INC.,<br><br>        Defendant. | No.  CV 10-227 BHS<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** |

This matter came before the Court on the parties' stipulation for temporary restraining order or preliminary injunction.  Having considered the record before the Court, and being fully advised on the premises, now, therefore, it is:

ORDERED that:

1. Coloplast's Motion for Temporary Restraining Order is GRANTED.

2. Defendant Generic Medical Devices, Inc. is enjoined from selling or otherwise distributing the transobturator trocars that are the subject of Coloplast's Motion for Permanent Injunction until this Court has had the opportunity to rule on that motion.

ORDER ON COLOPLAST'S MOT. FOR TRO OR PRELIM. INJ. (2:10-CV-227-BHS) - 1

**Faegre Baker Daniels LLP**
Wells Fargo Center, 90 S. 7th St.,
Minneapolis, MN 55402-3901
Phone:  612-766-7000
Fax: 612-766-1600

fb.us.8887398.02

DATED this 17th day of July, 2012.

_[signature]_

BENJAMIN H. SETTLE
United States District Judge

Presented by:

By: s/ David J.F. Gross
By: s/ Theodore M. Budd
By: s/ Timothy E. Grimsrud
By: s/ Jeya Paul
By: s/ Ari B. Lukoff
David J.F. Gross, *pro hac vice*
 Email: david.gross@FaegreBD.com
Theodore M. Budd, *pro hac vice*
 Email: ted.budd@FaegreBD.com
Timothy E. Grimsrud, *pro hac vice*
 Email: tim.grimsrud@FaegreBD.com
Jeya Paul, *pro hac vice*
 Email: jeya.paul@FaegreBD.com
Ari B. Lukoff, *pro hac vice*
 Email: ari.lukoff@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: 612.766.7000
Fax: 612.766.1600

ORDER ON COLOPLAST'S MOT. FOR TRO OR
PRELIM. INJ. (2:10-CV-227-BHS) - 2

**Faegre Baker Daniels LLP**
Wells Fargo Center, 90 S. 7th St.,
Minneapolis, MN 55402-3901
Phone:  612-766-7000
Fax: 612-766-1600

fb.us.8887398.02

By: s/ Jerry A. Riedinger
By: s/ Tyler C. Peterson
Jerry A. Riedinger #25828
    jriedinger@perkinscoie.com
Tyler C. Peterson, #39816
    tylerpeterson@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff Coloplast A/S*

ORDER ON COLOPLAST'S MOT. FOR TRO OR PRELIM. INJ. (2:10-CV-227-BHS) - 3

**Faegre Baker Daniels LLP**
Wells Fargo Center, 90 S. 7th St.,
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

fb.us.8887398.02