THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLOPLAST A/S,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GENERIC MEDICAL DEVICES, INC.,<br><br>    Defendant/Counterclaimant. | No. CV 10-227 BHS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GENERIC MEDICAL DEVICES, INC.** |

This matter came before the Court on DLA Piper LLP (US) ("DLA Piper") Motion for Leave to Withdraw as Counsel for Generic Medical Devices, Inc. ("GMD"). Having considered the motion and all papers filed in support of and in opposition to the motion, and being fully advised on the premises, now, therefore, it is:

ORDERED that DLA Piper is withdrawn as counsel of record for Generic Medical Devices, Inc., and electronic notifications to all DLA Piper attorneys, including Stellman Keehnel, Timothy Lohse, Aaron Wainscoat, Carrie Williamson, Chang Kim and Nicole Tadano, are to be terminated.

Dated this 1 day of October, 2012

_____
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 1
No. CV 10-227 BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800